OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP 10 2015

WR-30,869-17

**9/9/2015**
**THOMPSON, ROY TYRONE** Tr. Ct. No. 1441585-A
This is to advise that the Court has dismissed without written order the application
for writ of habeas corpus.

Abel Acosta, Clerk

ROY TYRONE THOMPSON